JS-6 / ENTERED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MATTHEW KASPER,

    Petitioner,

vs.

KELLY HARRINGTON, Warden,

    Respondent.

Case No. CV 10-2673-VAP (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 27 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE